IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH ANTHONY DANIEL,

    Petitioner,

v.                                      Case No.  4:14cv653-MW/EMT

ERIC HOLDER, JR., et al.,

    Respondents.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation.  ECF No. 6.   Upon consideration, no objection having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall **TRANSFER** Petitioner's habeas petition, ECF No. 1, to the United States District Court for the Western District of Louisiana and close the file.

**SO ORDERED on January 12, 2015.**

                                                    **s/Mark E. Walker               **
                                                    **United States District Judge**